1

2

3

4

5

6

7

8                     **UNITED STATES DISTRICT COURT**

9                     **EASTERN DISTRICT OF CALIFORNIA**

10

11   JUSTIN MICHAEL THUEMLER,          )   Case No.: 1:16-cv-00353-JLT
                                        )
12              Petitioner,             )   ORDER CONSTRUING PETITION AS MOTION
                                        )   TO AMEND PETITION IN CASE NO. 1:16-cv-
13         v.                           )   00175-MJS
                                        )
14   STANISLAUS COUNTY,                 )   ORDER DIRECTING CLERK OF COURT TO RE-
                                        )   FILE INSTANT PETITION AS MOTION TO
15              Respondent.             )   AMEND IN CASE NO. 1:16-cv-00175-MJS
                                        )
16                                      )   ORDER DIRECTING CLERK OF COURT TO
                                        )   CLOSE THIS CASE
17                                      )
18   _____

19        Petitioner challenges a 2013 conviction in the Stanislaus County Superior Court and his

20   resulting sentence of six years.  However, the Court notes that Petitioner had filed a previous federal

21   petition in this Court challenging the same conviction in case number 1:06-cv-00174-MJS.  Thus, the

22   Court construed the filing as a motion to amend the petition filed in the earlier case and orders this

23   matter closed.

24   **I.      DISCUSSION**

25        In Woods v. Carey, 525 F.3d 886 (9th Cir. 2008), the Ninth Circuit held that, under certain

26   circumstances, if a pro se petitioner files a habeas petition during the pendency of a previous petition,

27   the district court should construe the second petition as a motion to amend the previous petition.

28   Woods, 525 F.3d at 889-890.  Hence, Woods appears to require a district court to construe a "second

                                        1

or successive" petition filed while an earlier petition is still pending in the district court as a motion to amend the earlier petition.

Because Petitioner has a pending federal habeas petition in case number 1:16-cv-00175-MJS, which challenges the same conviction as in this case, the Court must construe this petition as a motion to amend the earlier-filed petition. <u>Woods</u>, at 889-890. Thus, the Court **ORDERS**:

1. The Court construes the petition (Doc. 1), as a motion to amend the petition in case number 1:16-cv-00175-MJS;

2. The Clerk of Court is DIRECTED to docket the petition in this case as a motion to amend in case number 1:16-cv-00175-MJS;

3. The Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   **March 23, 2016**                    **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE

2