UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN MICHAEL THUEMLER,<br><br>             Petitioner,<br><br>       v.<br><br>STANISLAUS COUNTY,<br><br>             Respondent. | 1:16-cv-00353-JLT-(HC)<br><br>ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUERIS AS MOOT<br><br>(Doc. 8) |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254. On March 24, 2016, petitioner filed an application to proceed in forma pauperis. Due to the fact that petitioner was previously authorized to proceed in forma pauperis in this action on March 15, 2016, his latest application to proceed in forma pauperis is **DISREGARDED** as moot.

IT IS SO ORDERED.

   Dated:   **March 29, 2016**                        **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE

1